CITY OF BUFFALO, Appellant, *v.* STATE OF NEW YORK, Respondent.

*City of Buffalo* v. *State of New York,* 116 App. Div. 539, affirmed.
(Argued February 24, 1908; decided March 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 31, 1906, which affirmed a judgment of the Court of Claims awarding to the plaintiff a merely nominal part of a claim on account of assessments for local improvements levied against state property.

*Louis E. Desbecker, Corporation Counsel (Samuel F. Moran* of counsel), for appellant.

*William S. Jackson, Attorney-General (George P. Decker* of counsel), for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

FREDERICK GILMORE, Respondent, *v.* SYRACUSE LIGHTING COMPANY, Appellant.

*Gilmore* v. *Syracuse Lighting Co.,* 116 App. Div. 921, affirmed.
(Argued February 25, 1908; decided March 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 7, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence

*Edward Schoeneck* for appellant.

*Theodore E. Hancock* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.